1 | BROOKE KILLIAN KIM (CA Bar No. 239298)
brooke.kim@dlapiper.com
2 | **DLA PIPER LLP (US)**
401 B Street, Suite 1700
3 | San Diego, CA 92101-4297
Tel: 619.699.2700
4 | Fax: 619.699.2701

5 | MATTHEW HOLIAN (CA Bar No. 211728)
matt.holian@dlapiper.com
6 | KATHERINE INSOGNA (CA Bar No. 266326)
katie.insogna@dlapiper.com
7 | **DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
8 | Boston, MA 02110-1447
Tel: 617.406.6000
9 | Fax: 617.406.6100

10 | Attorneys for Defendants
Bristol-Myers Squibb and Pfizer Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DELLUTRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, a corporation; and BRISTOL-MYERS SQUIBB, a corporation; and PFIZER INC., a corporation; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:16-CV-8124<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT PFIZER INC.** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Pfizer Inc., by its attorneys, provides the following disclosure:

Defendant Pfizer Inc. is a non-governmental entity. Pfizer Inc. is a publicly-held corporation and has no known beneficial owners of ten percent (10%) or more of its common stock.

Dated: November 1, 2016

> DLA PIPER LLP (US)
>
> By: /s/ Brooke Killian Kim
> BROOKE KILLIAN KIM
> Attorneys for Defendants Bristol-Myers Squibb and Pfizer Inc.