ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DELLUTRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, a corporation; and BRISTOL-MYERS SQUIBB, a corporation; and PFIZER INC., a corporation; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:16-cv-08124-SVW-KS<br><br>**STIPULATION EXTENDING DEFENDANT MCKESSON CORPORATION'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Stephen V. Wilson |

1        Pursuant to Civil Local Rule 7-1, plaintiff Gabriel Dellutri ("Plaintiff") and

2  defendant McKesson Corporation ("McKesson"), through their undersigned

3  counsel, hereby stipulate as follows:

4        WHEREAS, Plaintiff filed the Complaint in this case in the Superior Court

5  for the County of Los Angeles on October 12, 2016;

6        WHEREAS, defendants Bristol-Myers Squibb and Pfizer Inc. removed this

7  action to this Court on November 1, 2016;

8        WHEREAS, McKesson's deadline to respond to the Complaint is currently

9  November 17, 2016;

10        WHEREAS, Plaintiff filed a Motion to Remand this action to state court,

11  which has been set for hearing on December 13, 2016 at 10:00 a.m. before

12  Magistrate Judge Karen L. Stevenson;

13        WHEREAS, Plaintiff and McKesson agree that extending McKesson's

14  deadline until the jurisdictional issue is resolved will conserve the parties' and

15  judicial resources;

16        WHEREAS, pursuant to Local Rule 7-1, parties may agree to an extension of

17  deadlines, provided the stipulation is approved by the judge; and

18        WHEREAS, the extension proposed herein will not alter the date of any

19  event or any deadline already fixed by Court order.

20        Pursuant to Local Rule 7-1, IT IS HEREBY STIPULATED AND AGREED

21  by the Plaintiff and McKesson, through their counsel, that McKesson shall have

22  until 14 days after the Court issues an order on Plaintiff's motion to remand to

23  respond to the Complaint.

24

25

26

27

28

1

2

Dated:  November 15, 2016          MORRISON & FOERSTER LLP

3

4

By: /s/ Julie Y. Park
    Julie Y. Park

5

6

Attorneys for Defendant
MCKESSON CORPORATION

7

Dated:  November 15, 2016          KIESEL LAW LLP

8

9

By: /s/ Paul R. Kiesel
    Paul R. Kiesel

10

11

Attorneys for Plaintiff
GABRIEL DELLUTRI

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ECF ATTESTATION</u>**

2

I, Julie Y. Park, am the ECF User whose ID and Password are being used to

3

file this document.  I attest that concurrence in the filing of this document has been

4

obtained from the signatory.

5

6

Dated:  November 15, 2016          MORRISON & FOERSTER LLP

7

8

By:   /s/ Julie Y. Park
                    Julie Y. Park

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28